UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RK ENVIRONMENTAL, LLC, <br><br> Plaintiff, <br> v. <br><br> MICHAEL LLOYD and FOOD AND DRUG AND THE BUG, LLC, <br><br> Defendants. | Civil Action No.: 15-3201 (JLL)(JAD) <br><br> **ORDER** |

**THIS MATTER** comes before the Court upon Defendant Food and Drug and the Bug's ("Defendant FDB")[1] Motion to Dismiss this matter for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) or to transfer this matter to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a). (ECF No. 5). This Court had referred Plaintiffs' application to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Dickson filed a Report and Recommendation in connection with said application on November 25, 2015. (ECF No. 15.) In particular, Magistrate Judge Dickson recommended that Defendant FDB's Motion to Dismiss be granted for lack of personal jurisdiction. To date, the Court has received no objections with respect to Magistrate Judge Dickson's November 25, 2015 Report and Recommendation, and for good cause shown,

**IT IS** on this 10 day of **December, 2015**,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on November 25, 2015 (ECF No. 15), is hereby **ADOPTED** as the findings of fact and conclusions

---

[1] The parties do not dispute that Defendant Michael Lloyd is subject to personal jurisdiction in this District.

1

of law of this Court; and it is further

**ORDERED** that Defendant FDB's Motion to Dismiss this matter for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (ECF No. 5)[2] is hereby **GRANTED**.

IT IS SO ORDERED.

                                                 Jose L. Linares
                                                 United States District Judge

---

[2] As the Court is dismissing the claims against Defendant FDB for lack of personal jurisdiction, it need not engage in the transfer analysis requested by FDB.